UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SIDESOLVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>JEWISH INSTITUTE FOR NATIONAL SECURITY OF AMERICA,<br><br>Defendant. | Civil Action No. 23-3083 (JDB)<br><br>**FILED UNDER SEAL** |

## NOTICE OF INTERVENTION FOR THE PURPOSE OF SETTLEMENT

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), Plaintiff the United States of America notifies the Court of its decision to intervene in this action for purposes of settlement. The United States, Relator Sidesolve LLC, and Defendant Jewish Institute for National Security of America have reached a settlement-in-principle that the parties are in the process of finalizing for execution. For the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. § 3730, the United States respectfully advises the Court of its decision to intervene for the purposes of settlement.

Specifically, the United States intervenes in this action as to the following alleged conduct:

1. In January 2021, the Jewish Institute for National Security of America falsely certified that it was "not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents," when it applied for and received a second draw loan in the amount of $239,830.00 under the Paycheck Protection Program ("PPP") Disaster Relief Program.

**RECEIVED**

NOV 25 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. Further, that the Jewish Institute for National Security of America falsely certified in a loan forgiveness application that it met the conditions for receiving the second draw PPP loan, when in fact it had not.

The United States declines intervention as to all other claims asserted on behalf of the United States in this action, to the extent that any other claims are asserted in the Relator's Complaint. The United States and Relator will file a Notice of Dismissal of this action and settled claims following the final payment of the settlement amount by the Jewish Institute for National Security of America.

The United States also requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is enclosed.

Dated: November 25, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Sean M. Tepe_____
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2533
Sean.Tepe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SIDESOLVE LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>JEWISH INSTITUTE FOR NATIONAL<br>SECURITY OF AMERICA,<br><br>        Defendant. | Civil Action No. 23-3083 (JDB)<br><br>**FILED UNDER SEAL** |

**[PROPOSED] ORDER**

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. Relator's Complaint, the United States' Notice of Intervention, and this Order be unsealed;

2. All other papers or Orders on file in this matter shall remain under seal, except as previously ordered by this Court; and that

3. The seal be lifted on all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This \_\_\_\_\_ day of November 2024

                                          _____
                                          JOHN D. BATES
                                          United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November 2024, a true and correct copy of the foregoing Notice of Intervention for the Purpose of Settlement and proposed Order was served through electronic mail to the following counsel for relator:

Nathan M. Peak
Jason Marcus
BRACKER & MARCUS LLC
3355 Lenox Road, Suite 660
Atlanta, GA 30326
Tel. (770) 988-5035
Fax (678) 648-5544
Nathan@FCAcounsel.com
Jason@FCAcounsel.com

                                           /s/ *Sean Tepe*
                                           SEAN M. TEPE
                                           Assistant United States Attorney