UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SIDESOLVE, LLC,<br>  Plaintiff,<br>v.<br>JEWISH INSTITUTE FOR NATIONAL SECURITY OF AMERICA,<br>  Defendant. | Civil Action No. 23-03083 (JDB)<br><br>UNDER SEAL |

### ORDER

Upon consideration of [9] the United States' notice of intervention for the purpose of settlement, the False Claims Act, 31 U.S.C. § 3730(b)(4), and the entire record herein, it is hereby

**ORDERED** that the Relator's complaint, the United States' notice of intervention, and this Order are **UNSEALED;** it is further

**ORDERED** that all other filings and Orders in this action shall remain **UNDER SEAL**, except as previously ordered by this Court; and it is further

**ORDERED** that all other matters occurring in this action after the date of this Order be **UNSEALED.**

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: December 6, 2024

1